■ In the Matter of the Arbitration between PERFECTO BONILLA et al., Respondents, and COUNTRY-WIDE INSURANCE COMPANY, Appellant.— Appeal from order entered April 3, 1969, unanimously dismissed, without costs and without disbursements, as academic, it having been superseded by the order granting reargument. Order entered June 23, 1969, unanimously affirmed, with $30 costs and disbursements to claimants-respondents. The stay of arbitration pending trial of the preliminary issues is to continue for a period of 30 days from publication hereof, within which time the claimants, if they have not already done so, shall, upon five days' notice, submit to oral examination under oath regarding their respective claims. Concur — Stevens, P. J., Capozzoli, McGivern, Steuer and Tilzer, JJ.

■ MAKEL TEXTILES, INC., Respondent, v. FRANK F. BARTH et al., Appellants, et al., Defendant.— Order entered June 17, 1969, denying defendants' motion to dismiss the complaint, unanimously reversed on the law, with $50 costs and disbursements to defendants-appellants, the motion granted, the complaint dismissed and the action severed as to defendants Barth, Ribaudo and R C R Sportswear, Inc. The complaint alleges that the defendants conspired with each other to cause New Styles Coat, Inc., to verify and serve an answer to a complaint in an action against New Styles by plaintiff herein knowing that the sum of $32,147.50 was then due from New Styles to plaintiff; that said answer was false and was interposed for the purpose of thwarting plaintiff in the collection of its just debt and to enable defendant R C R Sportswear, Inc., to collect the sum of $17,729.27 from New Styles Coat, Inc. The complaint does not plead a valid cause of action for tortious abuse of process nor for prima facie tort. (See *Ametco, Ltd.* v. *Beltchev*, 5 A D 2d 631, affd. 7 N Y 2d 783; *Williams* v. *Williams*, 23 N Y 2d 592; *Ruza* v. *Ruza*, 286 App. Div. 767, 769.) Concur — Stevens, P. J., Eager, Markewich, Nunez and McNally, JJ.